# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-00034-01-CR-W-RK |
| ) | |
| MICHAEL L. EVANS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion to Suppress (Doc. 25). Defendant seeks to suppress a firearm which was discovered as a result of a search of his person following his arrest for rape on December 28, 2014. Chief United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on Defendant's Motion to Suppress on September 30, 2015.

On November 9, 2015, Judge Hays issued her Report and Recommendation (Doc. 37). On December 9, 2015, the Government filed its Objections to the Report and Recommendation (Doc. 43).

Upon careful and independent review of the pending Motion to Suppress and Suggestions in Support, the Government's Objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. 25) is GRANTED.

SO ORDERED.

                                                                     s/ Roseann A. Ketchmark
                                                                     ROSEANN A. KETCHMARK, JUDGE
                                                                       UNITED STATES DISTRICT COURT

DATED: February 2, 2016