IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 15-00034-01-CR-W-RK |
| ) | |
| MICHAEL L. EVANS, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 28, 2015, the Grand Jury returned a one count indictment against MICHAEL L. EVANS charging that defendant knowingly possessed, in and affecting commerce, a Lorcin, Model L380, .380 caliber pistol, Serial Number 541148, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Justin George Davids
  Case Agent: Michael Wells of the Kansas City, Missouri Police Department
  Defense: William J. Raymond

**OUTSTANDING MOTIONS**: (As of the date of the Pretrial Conference)

| 08/05/2015 | 25 | MOTION to suppress by Michael L. Evans. |
|---|---|---|
| 11/09/2015 | 37 | REPORT AND RECOMMENDATIONS as to Michael L. Evans |
| 01/21/2016 | 46 | Second MOTION to continue Trial Setting by USA as to Michael L. Evans. |

**TRIAL WITNESSES**:
  Government:  No more than 5 witnesses with stipulations; 10 without stipulations
  Defendants:  2 witnesses, including the defendant

**TRIAL EXHIBITS**
  Government: 25 exhibits
  Defendant: Less than 10 exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:   1 ½ -2  days**
    Government's case including jury selection: 1 ½  days
    Defense case:  less than ½ day

**STIPULATIONS**: The government will propose stipulations as to chain of custody, the nexus of the firearm, and defendant's felony convictions.

**UNUSUAL QUESTIONS OF LAW:**  Only those issue raised in the motion to suppress.

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: February 19, 2016
    Defense: February 19, 2106
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:**  Noon, Wednesday, February 24, 2016.
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** Motions in Limine should be filed by February 19, 2016 and responses by February 25, 2016.

**TRIAL SETTING**: This case is specially set for trial on Tuesday, March 1, 2106.
    **Please note:**

**IT IS SO ORDERED.**

                                                          /s/ *Sarah W. Hays*
                                                          SARAH W. HAYS
                                        UNITED STATES MAGISTRATE JUDGE